UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES R. HOGG

VERSUS

CLEAR CHANNEL BROADCASTING, INC.

CIVIL ACTION

NO. 07-623-JJB

**RULING AND ORDER**

The court has carefully considered the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated October 29, 2007 (doc. no. 8).  The court has further reviewed the objection filed by defendant.

The magistrate judge correctly sets forth the applicable legal standards in his report.  The court agrees with the magistrate judge that plaintiff's claims do not arise under federal law.   However, defendant now asserts that there is diversity jurisdiction, an issue not presented to the magistrate judge.

Accordingly, this matter is REFERRED back to the magistrate judge for

consideration as to whether the court has removal jurisdiction based upon diversity of citizenship.

Baton Rouge, Louisiana, November 13, 2007.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA